KEREN ELMALIACH, Individually and as Statutory Representative of the Estate of EMI ELMALIACH, Deceased, et al., Respondents, v BANK OF CHINA LIMITED, Appellant.

Decided January 20, 2015

Reargument ordered and case set down for argument during a future session of the Court of Appeals.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA and ABDUS-SALAAM.

In the Matter of ROY DEN HOLLANDER, Appellant, v CITY OF NEW YORK COMMISSION ON HUMAN RIGHTS, Respondent.

Submitted December 15, 2014; decided January 20, 2015

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 24 NY3d 1037 (2014)].